In the United States District Court for the District of Kansas

Nicholas Cox 96253,
    Plaintiff,

v.                                 Case No.: 23-cv-3167

Jeff Zmuda, et al.,
    Defendants.

## Notice of Voluntary Dismissal

Comes Now, Nicholas Cox pro se and moves the Court for voluntary dismissal of the above-case number for reasons as follows:

After doing some soul-searching and discussions with family I have decided to dismiss this case even though I do have the evidence the court requires to hold this case. First off, it's not wise to antagonize the man in complete control of my freedom and I feel your limited time could better be served evaluating the real merit of my 2254. My grandpa has been in the hospital this last week and I may never see him again which I know doesn't matter to you

but if you could prioritize the 2254 or there is a chance of you doing so, I am serving that upward departure which is a triple jeopardy in essence. My apologies for the contempt I have shown in my motions. In my last seg. review, Lt. Austin said it wasn't EAI holding me and they all reiterated it was Topeka so I will also give him the benefit of the doubt. I have beat all my addictions and I'm disciplinary free for over 3 and 1/2 years. Topeka knows I've never been a sureno and would be fine at Winfield, Norton, Oswego, or in the minimum at the other facilities and I'm asking them to try me. I have to get home as fast as possible because I am needed by my people. Even the victim of my crime and me have a civil relationship and she could use the help too. I've paid the piper in every aspect of this sentence and it's time to move on to a successful finish of my life.

Respectfully Submitted By,

Nicholas Cox 96253
P.O. Box 311
El Dorado, KS 67042

2